No. 78–5296. Hornick v. Young Women's Christian Association of Madison, Wisconsin, Inc., *ante*, p. 888; No. 78–5315. Phillips v. Snyder et al., *ante*, p. 898; No. 78–5353. Campbell v. Michigan, *ante*, p. 899; and No. 78–5380. Hemmerle et ux. v. First Federal Savings & Loan Association of DeSoto County, *ante*, p. 921. Petitions for rehearing denied.

NOVEMBER 30, 1978

No. 78–655. Pinkus, dba Rosslyn News Co. et al. v. United States. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 60.

DECEMBER 4, 1978

No. 78–70. Wilkes County, Georgia, et al. v. United States. Affirmed on appeal from D. C. D. C.

No. 78–439. Bridgeport Hydraulic Co. et al. v. Council on Water Company Lands of Connecticut et al. Affirmed on appeal from D. C. Conn. Mr. Justice Powell and Mr. Justice Rehnquist would vacate judgment and remand case for further consideration in light of *Penn Central Transportation Co.* v. *City of New York*, 438 U. S. 104 (1978).

No. 78–5258. Perillo v. Department of Public Welfare of Pennsylvania. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question. Mr. Justice Stewart and Mr. Justice Stevens would note probable jurisdiction and set case for oral argument.